**FILED**
FEB 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Abdul Shakur H. Shaheed,  \*
aka, William Jett,  \*
  \*
     Plaintiff,  \*
  \*          08 0299
  v.  \*  Civil Action No. _____
  \*
Filene's Basement, et al.,  \*
  \*
and,  \*
  \*
Nathaniel Howell,  \*
  \*
and,  \*
  \*
Mr. Gibson,  \*
  \*
and,  \*
  \*
District of Columbia, et al.,  \*
  \*
     Defendants.  \*

MOTION TO PROCEED IN FORMA PAUPERIS
PURSUANT TO 28 U.S.C. § 1915

Comes now the plaintiff pro-se in the above-captioned cause humbly and respectfully moves this most Honorable Court for an Order granting plaintiff leave to proceed with his civil action without being required to prepay costs and fees.

JURISDICTION

Jurisdiction in this case is by virtue of 28 U.S.C. § 1915, which states in pertinent part;

> (a) "Any court of the United States may authorize the commencement . . .of any suit . . .without prepayment of fees and costs or security thereof, by a person who makes affidavit that he is unable to pay such costs or give security thereof." Id.

**RECEIVED**
FEB - 6 2008
Clerk, U.S. District and
Bankruptcy Courts

*Abdul Shakur H. Shaheed*
Abdul Shakur H.
Shaheed aka, William Jett

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abdul Shakur H. Rasheed,<br>aka, William Jett,<br><br>    Plaintiff,<br><br>v.<br><br>Filene's Basement, et al.,<br><br>and,<br><br>Nathaniel Howell,<br><br>and,<br><br>Mr. Gibson,<br><br>and,<br><br>District of Columbia, et al.,<br><br>    Defendant's. | Civil Action No._____ |

AFFIDAVIT IN SUPPORT OF PLAINTIFF'S
MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the plaintiff who hereby deposes and states;

1. I am unable to prepay costs and fees.

2. I am unable to give security thereof.

3. The nature of my cause is stated.

4. I am a United States Citizen.

    I herebt certify declare and state under the penalty of perjury that the aforementioned is true and correct to the best of knowledge, information, and belief.

Respectfully Submitted,

*Abdul Shakur H. Shaheed*
Abdul Shakur H. Shaheed
aka, William Jett