FILED

MAY **2 0** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ABDUL SHAKUR H. SHAHEED,      )
a.k.a.  WILLIAM JETT,         )
                                 )
         Plaintiff,        )
                                 )
      v.                   )      Civil Action No. 08-0299
                                 )
FILENE'S BASEMENT, *et al.*,     )
                                 )
         Defendants.      )

## DISMISSAL ORDER

The Court provisionally authorized the filing of the above-captioned action on February 21, 2008. At that time, the Court directed plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. To date, plaintiff he has not submitted the required trust fund account information. Accordingly, it is hereby

ORDERED that plaintiff's motion to proceed *in forma pauperis* [Dkt. #2] is DENIED WITHOUT PREJUDICE. It is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with the requirements of the Prison Litigation Reform Act.

SO ORDERED.

Date: 5\16\08                                                 
                                          United States District Judge

4