United States District Court
For The District of Columbia

Old Address - Abdul Shakur H. Shaheed
#18169-053
F.C.I Gilmer
P.O. Box 6000
Glenville, W. VA. 26351

08-299

New Address - 4827 Kansas Ave. NW
Washington D.C. 20011

FILED
MAY 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
MAY 21 2008
Clerk, U.S. District and
Bankruptcy Courts

5