United States District Court
For The District of Columbia

**FILED**
MAY 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ABDUL SHAHKUR SHAHEED   )
                        )
a.k.a WILLIAM JETT,     )
    Plaintiff,          )
v.                      )   Civil Action No. 1:08-CV-00299-UNA
                        )
                        )
FILENE'S BASEMENT' et al., )
    Defendants.         )

Motion to reopen case #:1:08-CV-00299-UNA

I wish to proceed pro se and in forma pauperis
   Reasons:

1. I never received the order because one the order was sent back to F.C.I. Gilmer PO Box 6000., Glennville W. VA, under the name ABDUL SHAHKUR SHAHEED # 18769-053 which is my name legally changed from William Jett, But not under the B.O.P which still addresses me as William Jett.

2. Plus I was sent on a writ back to the District of Columbia to D.C jail.

3. Also the address that was on the complaint was 4827 Kansas Avenue N.W. 20011

4. Also because of the rule's of the B.O.P when mail is sent out from an Inmate you are to put the federal institutions address on the mail going out and that is why I put my home address on the compliant, knowing I was not able to respond back to

RECEIVED
MAY 2 1 2008
Clerk, U.S. District and
Bankruptcy Courts

6

the court because on a writ and I never had the filling fee even in my institution account by me not receiving the ORDER I could not respond. I am respectfully asking the court to reopen this case. I am no longer in the institution of F.C.I Gilmer I am at this time at the same address I put on the compliant which is 4827 Kansas Avenue N.W. 20011.

Respectfully Submitted on 5/21/08

*Abdul Shakur H. Shaheed*

Abdul Shakur H. Shaheed
Aka, William Jett