FILED
MAY 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abdul Shakur H. Shaheed a.k.a. William Jett, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08-0299 ) |
| Filene's Basement Store *et al.*, | ) ) ) |
| Defendants. | ) |

ORDER

Plaintiff moves to reopen this case, which was dismissed because of his non-compliance with the filing fee requirements of the Prison Litigation Reform Act ("PLRA"). *See* 28 U.S.C. § 1915. Because plaintiff is no longer incarcerated, the PLRA requirements may not be satisfied. Plaintiff has not provided any basis for considering his current ability to pay the filing fee. Given his changed circumstances, it is

ORDERED that plaintiff's motion to reopen the case [Dkt. No. 6] is DENIED without prejudice to reconsideration upon plaintiff's submission of a renewed motion to proceed *in forma pauperis* or his payment of the $350 filing fee applicable to civil actions. For the sake of convenience, the Clerk is directed to enclose with plaintiff's copy of this Order the form application to proceed *in forma pauperis*.

United States District Judge

Date: May 29, 2008