UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abdul Shakur H. Shaheed )<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>Filene's Basement Store, et al., )<br>)<br>Defendant ) | Civil Action No.  08-0299 CKK |

## REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on June 30, 2008 from Unassigned (9098) to Judge Kollar-Kotelly because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Kollar-Kotelly
& Courtroom Deputy
Civil Case Processing Clerk
       Statistical