UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABDUL SHAKUR H. SHAHEED,** | : | |
| Plaintiff, | : | Case Number: 2008-cv- 00299(CKK) |
| v. | : | |
| **FILENE'S BASEMENT**, *et al.*, | : | |
| Defendants. | : | |

## DISTRICT OF COLUMBIA'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully requests that the Court grant the District a thirty day extension of time to file a responsive pleading in this matter, up to and including September 1, 2008.

A Memorandum of Points and Authorities in support of this Motion to Enlarge and proposed order are attached hereto. The undersigned contacted plaintiff by letter dated July 25, 2008, pursuant to LCvR7(m), to ask his position on the District's request. As of the filing of this motion, there has been no response.

Date: July 30, 2008

        Respectfully submitted,

        PETER J. NICKLES
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

    */s/ Toni Michelle Jackson*
Toni Michelle Jackson [453765]
Chief, General Litigation Section III
Civil Litigation Division

   */s/ Kerslyn D. Featherstone*
KERSLYN D. FEATHERSTONE [478758]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
P(202) 724-6600
F(202) 727-3625

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABDUL SHAKUR H. SHAHEED,** | : | |
| Plaintiff, | : | Case Number: 2008-cv- 00299(CKK) |
| v. | : | |
| **FILENE'S BASEMENT**, *et al.*, | : | |
| Defendants. | : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

The District of Columbia (hereinafter "the District"), by and through counsel, respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 6(b), for an order granting the District a thirty day extension of time to file a responsive pleading, up to and including September 1, 2008. In support of this motion, the District states the following:

1. The Summons and Complaint were served on July 11, 2008;

2. A responsive pleading therefore is due on or before July 31, 2008;

3. The undersigned is attempting to obtain the necessary documents from the agencies involved to properly respond to the complaint;

4. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to comply with any deadline imposed by other enumerated rules.[1] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the motion, the District respectfully requests that the Court grant the extension.

---
[1] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable

5. The granting of this motion will not prejudice any party herein, nor will it interfere with the fair and efficient administration of justice.

**WHEREFORE**, the based on the foregoing, the District requests a thirty day extension of time to file a responsive pleading, up to and including September 1, 2008.

Date: July 30, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        ___*/s/ Toni Michelle Jackson*_____
        Toni Michelle Jackson [453765]
        Chief, General Litigation Section III
        Civil Litigation Division

        ___*/s/ Kerslyn D. Featherstone*_____
        KERSLYN D. FEATHERSTONE [478758]
        Assistant Attorney General
        441 4th Street, N.W.
        6th Floor South
        Washington, D.C. 20001
        P(202) 724-6600
        F(202) 727-3625

---

herein.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL SHAKUR H. SHAHEED,** : <br> : <br> **Plaintiff,** : <br> : <br> **v.** : <br> : <br> **FILENE'S BASEMENT**, *et al.*, : <br> : <br> **Defendants.** : <br> _____ : | Case Number: 2008-cv- 00299(CKK) |

## ORDER

Upon consideration of the District's Motion for an Extension of Time to File a Responsive Pleading, the Memorandum of Points and Authorities in support thereof, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2008,

**ORDERED:**  That the motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED:**  That the District's Responsive Pleading is due on or before September 1, 2008.

_____
COLLEEN KOLLAR-KOTELLY, Judge
United States District Court for the District of Columbia

Copies to:

Kerslyn D. Featherstone
Assistant Attorney General
441 4TH Street, NW,
Washington, DC  20001

Abdul Shakur H. Shaheed
4827 Kansas Avenue, N.W.
Washington, DC  20011

1