AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ABDUL SHAKUR H. SHAHEED

       Plaintiff(s)    )    **APPEARANCE**

       vs.    )    CASE NUMBER 08-299 (CKK)

FILENE'S BASEMENT, ET AL.

       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Arthur C. Crum, Jr.__ as counsel in this
                    (Attorney's Name)

case for: __FILENE'S BASEMENT__
       (Name of party or parties)

__8/01/08__
Date

                    Signature

                    Arthur C. Crum, Jr.
                    Print Name

__411556__
BAR IDENTIFICATION

                    114 North Court Street
                    Address

                    Frederick, MD   21701
                    City      State      Zip Code

                    (301) 662-4088
                    Phone Number