UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL SHAKUR H. SHADEED          *

    PLAINTIFF                              *

                                     *

VS.                                                  *          CASE NO. 08-299 CKK

                                     *

FILENE'S BASEMENT, ET AL.

    DEFENDANT (s)                      *

                                     *

## ANSWER TO COMPLAINT

Now comes the Defendant, Filene's Basement, by its attorney, Arthur C. Crum, Jr., and in Answer to the Complaint states as follows:

### GENERAL DENIAL

Defendant generally denies the allegations in Plaintiff's Complaint.

### COMPLAINT

Defendant denies the allegations contained in the caption Complaint

### JURISDICTION

Defendant is without information to admit or deny the allegations of the caption Jurisdiction.

### PARTIES

Defendant admits it is a corporation authorized to do business in the District of Columbia but is without sufficient information to admit or deny the remaining allegations.

### CLAIMS FOR RELIEF

      Defendant denies the allegation directed against it in the caption Claims for Relief but is without sufficient information to admit or deny the remaining allegations.

## HISTORY OF EVENTS

      Defendant denies the allegations directed against it in the caption History of Events but is without sufficient information to admit or deny the remaining allegations.

## AFFIRMATIVE DEFENSES

1. Defendant generally denies liability and all allegations in Plaintiff's Complaint.

2. The Defendant's actions were privileged and immune from suit.

3. The Plaintiff was contributorily negligent.

4. The Plaintiff assumed the risk.

5. The Plaintiff's claim is barred by the applicable Statute of Limitations.

6. The Defendant had probable cause for the actions taken and was therefore were justified.

7. The Plaintiff has failed to state a cause of action for which relief can be granted.

8. The actions of the Defendant were done in good faith, without malice.

9. The statements attributed to the Defendant were true.

10. The damages of Plaintiff, if any, were caused by others over whom this Defendant has no control.

      Arthur C. Crum, Jr.
Attorney for Defendant
Filene's Basement
114 North Court Street
Frederick, Maryland 21701
301-662-4088
Bar No. 411556

Certification of Service

I hereby certify that on this 4 day of August 2008 a copy of the aforegoing Answer to Complaint on behalf of Filene's Basement was mailed to Abdul Shakur Shaheed 4827 Kansas Avenue, Washington, D.C. 20045, District of Columbia  2000 14th Street N.W. Washington D.C. 20009 Nathaniel Howell 529-14th Street, Washington, D.C. 20045, Mr. Gibson, 529-14th Street N.W. 20045

Arthur C. Crum, Jr.

.