UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL SHAKUR H. SHAHEED, | : |
| Plaintiff, | : Case No.: 2008-cv-00299(CKK) |
| v. | : |
| FILENE'S BASEMENT, *et al.*, | : |
| Defendants. | : |
| _____ | : |

## DISTRICT OF COLUMBIA'S SECOND PARTIAL CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Defendant District of Columbia ("the District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby respectfully requests that the Court grant the District until September 5, 2008, to file a responsive pleading. The District needs the additional time to secure needed documents, which it intends to use in support of its responsive pleading.

A Memorandum of Points and Authorities in support of its Motion and proposed order are attached hereto. The undersigned has made a previous attempt to contact plaintiff by letter with no response and plaintiff has no listed number in the documents filed with the court to obtain his position on the District's request pursuant to LCvR7(m). Accordingly, plaintiff does not consent. Counsel for co-defendants Filene's Basement and Nathaniel Howell consent to the District's request.

Dated: September 2, 2008.

                Respectfully submitted,

                PETER J. NICKLES
                Acting Attorney General for the District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


___/s/ Toni Michelle Jackson_____
TONI MICHELLE JACKSON [453765]
Chief, General Litigation Section III


_/s/ Kerslyn D. Featherstone_____
KERSLYN D. FEATHERSTONE [478758]
Assistant Attorney General
441 4th Street, NW, Suite 600 South
Washington, DC  20001
(202) 724-6600 (Office)
(202) 741-8924 (Fax)
Kerslyn.featherstone@dc.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABDUL SHAKUR H. SHAHEED,** | : | |
| | : | |
| Plaintiff, | : | Case No.: 2008-cv-00299(CKK) |
| | : | |
| v. | : | |
| | : | |
| **FILENE'S BASEMENT,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| _____ | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S SECOND PARTIAL CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

The District of Columbia, ("the District"), by and through undersigned counsel, respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 6(b), for an order granting the District until September 5, 2008 to file a responsive pleading. In support of this motion, the District states the following:

1. The Summons and Complaint were served on July 11, 2008;

2. On August 1, 2008, the Court granted the District up to and including, September 1, 2008[1] to file responsive pleading.

3. The undersigned is still attempting to obtain supporting documentation needed to support its intended responsive pleading.

4. Rule 6(b) of the Federal Rules of Civil Procedure give the Court authority to grant parties additional time to comply with any deadlines imposed by other enumerated rules.[2] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*,

---

[1] Because September 1, 2008, fell on a federal holiday, the District's response is due on September 2, 2008. *See* Fed. R. Civ. P. 6(a).
[2] Rule 6(b) list certain exceptions – Rule 50(b) and (c)(2); 52(b). (d), and (e); and 60(b) – none of which are applicable hrein.

534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the motion, the District respectfully requests that the Court grant the extension.

5. The granting of the motion will not prejudice any party herein, nor will it interfere with the fair and efficient administration of justice.

6. Counsel for co-defendants Filene's Basement and Nathaniel Howell consent to the District's request.

**WHEREFORE**, the based on the foregoing, the District requests the Court grant the District until September 5, 2008 to file a responsive pleading.

Dated: September 2, 2008.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


   */s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Chief, General Litigation Section III


 */s/ Kerslyn D. Featherstone*
KERSLYN D. FEATHERSTONE [478758]
Assistant Attorney General
441 4th Street, NW, Suite 600 South
Washington, DC  20001
(202) 724-6600 (Office)
(202) 741-8924 (Fax)
Kerslyn.featherstone@dc.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABDUL SHAKUR H. SHAHEED,** | : | |
| | : | |
| Plaintiff, | : | Case No.: 2008-cv-00299(CKK) |
| | : | |
| v. | : | |
| | : | |
| **FILENE'S BASEMENT,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**ORDER**

Upon consideration of the District's Partial Consent Motion for an Extension of Time to File a Responsive Pleading, the Memorandum of Points and Authorities in support thereof, any opposition thereto, and the entire record herein, it is by this _____ day of_____ 2008,

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the District shall have until September 5, 2008, to file a responsive pleading.

_____
COLLEEN KOLLAR-KOTELLY, Judge
United States District Court for the District of Columbia

Copes to:

Kerslyn D. Featherstone, Esq.
*Attorney for District of Columbia*

Arthur Crum, Esq.
*Attorney for Filene's Basement and Nathaniel Howell*

Abdul Shakur H. Shaheed
*Pro Se Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABDUL SHAKUR H. SHAHEED,** | : | |
| Plaintiff, | : | Case No.: 2008-cv-00299(CKK) |
| v. | : | |
| **FILENE'S BASEMENT,** *et al.,* | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of the District's Partial Consent Motion for an Extension of Time to File a Responsive Pleading, the Memorandum of Points and Authorities in support thereof, any opposition thereto, and the entire record herein, it is by this _____ day of_____ 2008,

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the District shall have until September 5, 2008, to file a responsive pleading.

_____
COLLEEN KOLLAR-KOTELLY, Judge
United States District Court for the District of Columbia

Copes to:

Kerslyn D. Featherstone, Esq.
*Attorney for District of Columbia*

2

Arthur Crum, Esq.
*Attorney for Filene's Basement and Nathaniel Howell*

Abdul Shakur H. Shaheed
*Pro Se Plaintiff*